

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 22, 2016

The Honorable Katherine Polk Failla
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *American Civil Liberties Union v. Department of Health and Human Services and Centers for Medicare and Medicaid Services*, 16 Civ. 3854 (KPF)

Dear Judge Failla:

    This Office represents the Defendants, the Department of Health and Human Services and the Centers for Medicare and Medicaid Services, in this Freedom of Information Act case. I write to request a three-week extension of Defendants' time to file an answer, which is currently due June 30, 2016, to July 21, 2016. The Government requires this time to properly consider the allegations contained in the complaint and to formulate the Defendant agencies' responses and defenses. Counsel for Plaintiff has consented to this request, which is the Government's first.

    Thank you for your consideration.

                                            Respectfully,

                                            PREET BHARARA
                                            United States Attorney

                  By:    /s/ Stephen Cha-Kim
                          STEPHEN CHA-KIM
                          Assistant United States Attorney
                          86 Chambers Street, Third Floor
                          New York, NY 10007
                          (212) 637-2768
                          stephen.cha-kim@usdoj.gov