**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 16, 2016

September 15, 2016

**BY ECF**

The Honorable Katherine Polk Failla
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

    Re: *American Civil Liberties Union v. Department of*
      *Health and Human Services and Centers for Medicare and*
      *Medicaid Services*, 16 Civ. 3854 (KPF)

Dear Judge Failla,

  I write respectfully on behalf of both parties in accordance with the
Court's Notice of Initial Pretrial Conference. An initial pretrial conference is
presently scheduled for September 20, 2016 at 3:00 pm. For the reasons
discussed below, the parties seek an adjournment of that conference to
November 22, 2016, or such other date as may be convenient to the Court.
This is the parties' first request for an adjournment of the initial pretrial
conference.

  The above-referenced action, filed May 24, 2016, is brought by the
American Civil Liberties Union ("ACLU") pursuant to the Freedom of
Information Act ("FOIA"), 5 U.S.C. § 552. The ACLU seeks from the
Department of Health and Human Services ("HHS") and the Centers for
Medicare and Medicaid Services ("CMMS") (collectively, the
"Government") the release of documents relating to complaints against
Catholic hospitals for denying appropriate care and information to pregnant
women seeking reproductive health care.

  The Government and the ACLU have conferred on several occasions
to negotiate the completion of production of any responsive, non-exempt
documents pursuant to the FOIA. The ACLU and the Government have been
engaged in good-faith negotiations regarding the request and are making
progress towards a mutually satisfactory resolution. The parties propose to
submit a joint status report on November 18, 2016, updating the Court on the
progress of their negotiations and notifying the Court whether further
litigation in this case is required. In light of the foregoing, the parties



respectfully request that the Court's initial pretrial conference, currently set for September 20, 2016, be rescheduled for November 22, 2016, or such other date as will be convenient to the Court.

I thank the Court for its consideration of this matter.

Respectfully,

American Civil Liberties Union Foundation
*Attorneys for Plaintiff*

by: BRIAN HAUSS
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2604
bhauss@aclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

```
Application GRANTED.  The Initial Pretrial Conference
scheduled for September 20, 2016, is hereby ADJOURNED to
November 22, 2016, at 10:30 a.m., in Courtroom 618 of the
Thurgood Marshall Courthouse, 40 Foley Square, New York, New
York, 10007.  The parties are reminded to submit a proposed
Case Management Plan and Joint Status Letter, pursuant to the
Court's Individual Rules of Practice in Civil Cases, by
November 17, 2016.
```

```
Dated:     September 16, 2016        SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE